**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-424-RSH |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| LENIN AARON SOLIS ROA, | |
| Defendant. | |
| | The Honorable Robert S. Huie |

The United States of America's Motion to Dismiss the Information (ECF No. 15), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

DATED: 8/03/23

*Robert S Huie*

Honorable Robert S. Huie
United States District Judge